# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00541-CR
NO. 03-12-00556-CR
NO. 03-12-00557-CR

**Jeffrey Layne Edds, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NOS. 69671, 69672 & 65542, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jeffrey Layne Edds has informed this Court that he no longer wishes to pursue these appeals and has filed a motion to dismiss them. His motion to dismiss these appeals is granted and the appeals are dismissed. *See* Tex. R. App. P. 42.2(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed: January 25, 2013

Do Not Publish